# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-239-MOC-DCK

| | |
|---|---|
| **JAMES MCDONALD SHEA BROWN, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **SUNTRUST BANK,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 35) filed by C. Bailey King, Jr., concerning Robert R. Carl on April 24, 2020. Robert R. Carl seeks to appear as counsel *pro hac vice* for Defendant SunTrust Bank. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 35) is **GRANTED**. Robert R. Carl is hereby admitted *pro hac vice* to represent Defendant SunTrust Bank.

Signed: April 24, 2020

David C. Keesler
United States Magistrate Judge